WALTER HARMON ET AL., APPELLANTS, v. THE BOARD
OF PUBLIC UTILITY COMMISSIONERS, RESPONDENTS.

Submitted May 27, 1933—Decided September 27, 1933.

For the appellants, *Nicholas S. Schloeder.*

For the respondents, *John A. Bernhard, Charles S. Straw*
and *William H. Speer.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court, and printed in 10 *N. J. Mis. R.* 1297.

*For affirmance*—The Chancellor, Chief Justice, Tren-chard, Case, Bodine, Donges, Heher, Perskie, Van Bus kirk, Kays, Hetfield, Dear, Wells, Dill, JJ. 14.

*For reversal*—None.